UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x
SUJAL BHARUCHA,                                :

                    Plaintiff,                        :

                       v.                        :

SIEBERT WILLIAMS SHANK & CO., LLC,    :

                  Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

24-CV-09367-JAV

**ORDER**

       Pursuant to Local Civil Rule 1.4, Defendant Siebert Williams Shank & Co., LLC ("Defendant"), by and through its attorneys Paduano & Weintraub LLP ("P&W"), moved this Court for an Order allowing Kathleen M. Linnane, Esq. to withdraw as counsel for Defendant in the above-referenced action.

       The motion to withdraw is granted.  The Clerk of Court is instructed to terminate Kathleen Linnane as counsel for Defendant.

SO ORDERED.

Dated:  April 21, 2026
      New York, New York

                                             _____
                                    HON. JEANNETTE A. VARGAS
                                     U.S. DISTRICT JUDGE