USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: ______________
DATE FILED: 8/21/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SUJAL BHARUCHA,

Plaintiff,

-v-

SIEBERT WILLIAMS SHANK & CO., LLC,

Defendant.

**ORDER**

24-CV-9367 (JAV)

**HENRY J. RICARDO, United States Magistrate Judge.**

The Court is in receipt of Defendant's request to adjourn the telephone conference scheduled for August 27, 2026 by Order dated August 20, 2026. ECF No. 55. The request is **GRANTED**.

The conference is adjourned to **September 11, 2026** at **1:30 p.m.** Counsel should contact chambers using the Court's conference line, +1 646-453-4442 (Conference ID: 582 884 201#).

The Clerk of Court is respectfully directed to terminate the letter motion at ECF No. 55 as **GRANTED**.

**SO ORDERED.**

Dated: August 21, 2026
New York, New York

Henry J. Ricardo
United States Magistrate Judge