StaggWabnik
LAW GROUP

**David R. Ehrlich**
*Partner*

Direct 516.812.4518
Fax: 516.812.4618
dehrlich@staggwabnik.com

staggwabnik.com

401 Franklin Avenue, Suite 300, Garden City, NY 11530
T 516.812.4550
331 Newman Springs Road, Building 1, 4th Floor, Suite 143, Red Bank, NJ 07701| T 732.784
1111 Summer Street, 5th Floor, Stamford, CT 06905| T 203.967.4000

September 21, 2026

**Via ECF**
Hon. Jeannette A. Vargas
United States District Court
Southern District of New York
500 Pearl Street, Room 703
New York, New York 10007

MEMO ENDORSED

Re: Bharucha v. Siebert Williams Shank & Co., LLC, No.: 1:24-cv-09367-JAV

Dear Judge Vargas:

We represent Plaintiff Sujal Bharucha in the above-referenced matter and submit this letter jointly with counsel for Defendant. Pursuant to the Court's Case Management plan, expert discovery is to be completed no later than November 23, 2026. (Doc. 51.) The parties write seeking to hold expert discovery deadlines in abeyance whilst the parties participate in alternative dispute resolution. This matter is set to go before Magistrate Judge Henry J. Ricardo for a settlement conference on October 27, 2026. The parties jointly request that expert discovery deadlines be held in abeyance until after the upcoming October 27, 2026 settlement conference.

The requested extension will allow the parties the opportunity to fully focus their efforts on the upcoming settlement conference and pursue a potential resolution of the matter without expending additional resources on expert litigation. If this request is granted and the matter is not resolved at the October 27 settlement conference, then the parties will submit a proposed case management plan to Your Honor within one week setting revised dates for completion of expert discovery. We thank the Court for its consideration of this request. This is the first request for a modification of the expert discovery schedule.

**SO ORDERED:**

Jeannette Vargas
The Honorable Jeannette A. Vargas
United States District Judge
Dated: September 23, 2026

Respectfully submitted,

David R. Ehrlich

CC: All counsel of record (ECF)